IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

T. D. HUDKINS,

        Plaintiff,                  No. CIV S-07-2233 LEW KJM P

    vs.

ARNOLD SCHWARZENEGGER, et al.,

        Defendant.              ORDER

_____/

        On January 29, 2008, Robert James Brobst filed a motion seeking joinder as a plaintiff. Because the court has recommended that this action be dismissed, Mr. Brobst's request will be denied.

DATED: May 2, 2008.

                                                                    _____
                                                                      U.S. MAGISTRATE JUDGE

1
hudk2233.jon